In the Matter of MATTHEW W. WOITKOWSKI (Admitted as MATTHEW WILLIAM WOITKOWSKI), a Suspended Attorney. [979 NYS2d 818]—

Eng, P.J., Rivera, Skelos, Dillon and Lott, JJ., concur.